MIKE YOUT, Doing Business as EUROPEAN MERCHANDISE COMPANY, Respond-

ent, v. JACOB C. PLATT, Doing Business as J. C. PLATT CLOTHING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.